IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARK THOMAS,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5140

Opinion filed December 9, 2016.

Petition Seeking Belated Appeal -- Original Jurisdiction.

Mark Thomas, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.  See Fla. R. App. P. 9.141(c)(5)(A) and 9.141(c)(6)(C).

ROBERTS, C.J., ROWE and WINSOR, JJ., CONCUR.